IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-CV-00427-RPM

BETTIE J. JOHNSON,

    Plaintiff,

v.

NATIONAL JEWISH HEALTH,

    Defendant.

_____

ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

THIS MATTER coming before the Court on the Stipulated Motion to Dismiss With Prejudice filed by the parties on March 13, 2012, it is

ORDERED that this action and all claims asserted herein are dismissed with prejudice, each Party to bear their own costs and attorneys' fees.

DATED this 14th day of March, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge